UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALICIA M. BOLES,
      Plaintiff,

v.                                Case No: 6:19-cv-634-Orl-18LRH

COMMISSIONER OF SOCIAL SECURITY,
      Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Alicia M. Boles's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits and Supplemental Security Income payments. On May 18, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 28). After review of the Report and Recommendation (Doc. 28) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___9___ day of June, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record